IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| JASON RAPHAEL, | : | Case No. 1:19-cv-795 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WARDEN, MADISON CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

### ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 10)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz (Doc. 10), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court **ADOPTS** said Report and Recommendations in its entirety. Accordingly, this action is **DISMISSED** with prejudice because it is time-barred under 28 U.S.C. § 2244(d). A certificate of appealability should not be issued with respect to any of the claims for relief alleged in the petition since they are barred from review on procedural grounds. The Court also certifies that any appeal would not be taken in good faith and Petitioner should not be permitted to proceed in forma pauperis.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND